

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00218-CV

TERI ANGLIM                                                                    APPELLANT

V.

CHESAPEAKE OPERATING, INC.                                                     APPELLEE

-----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 2011-008256-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Motion To Set Aside Judgment Of The Trial Court And Remand For Dismissal Pursuant To Settlement Agreement," which we construe as a voluntary dismissal by agreement under Texas Rule of Appellate Procedure 42.1(a)(2). *See* Tex. R. App. P. 42.1(a)(2). It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's

---

[1]*See* Tex. R. App. P. 47.4.

judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  December 4, 2014